IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

YOINEL DEVERA GUTIERREZ,

    Petitioner,

v.                                                     CASE NO. 1:14-cv-183-MP-GRJ

FLORIDA DEPT. OF CORRECTIONS,

    Respondent.

_____/

**REPORT AND RECOMMENDATION**

Petitioner initiated this case by filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the Southern District of Florida. At the time the petition was filed, Petitioner, a native of Cuba, was confined at Mayo Correctional Institution. The Petition challenged the effect of an Immigration and Customs Enforcement (ICE) detainer on the conditions of Petitioner's confinement. Because Petitioner was confined in this District, the case was transferred to this Court. ECF No. 8.

A review of the DOC's online inmate locator reflects that Petitioner has been released from confinement, and that an ICE detainer dated 10/8/2010 has been canceled. The online locator reflects no active detainers.[1] Further, since this case was transferred to this Court on October 1, 2014, there has been no activity in the case. It appears that by virtue of Petitioner's release he has been afforded all relief available in

---

[1] *See* http://www.dc.state.fl.us/InmateReleases/detail.asp?Bookmark=1&From=list&SessionID=262276248 (reflecting 9/22/15 release date).

this Court by way of a habeas corpus petition.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed as moot and for failure to prosecute.

**IN CHAMBERS**  this 5th day of October 2015.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.